UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. KLINE, J.D., | : | NO. 4:18-cv-00099-MWK-KM |
| Plaintiff, | : | |
| v. | : | |
| POLARIS INDUSTRIES, INC., | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Polaris Industries, Inc. in the above captioned matter.

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.864.8238
Facsimile:  215.864.8999

Attorneys for Defendant Polaris Industries, Inc.

Dated:  February 9, 2018

## CERTIFICATE OF SERVICE

I, Martin C. Bryce, Jr., hereby certify that on this 9th day of February, 2018, I caused a true and correct copy of my Entry of Appearance to be served, via ECF transmission, on counsel of record.

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.