# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Rob Kline, individually and on behalf of a class,** <br> Plaintiff, <br><br> v. <br><br><br> **Polaris Industries, Inc.,** <br> Defendant. | Docket No. 4-18-CV-00099-MWB-KM <br><br> (MAGISTRATE JUDGE KAROLINE MEHALCHICK) <br><br><br><br> ELECTRONICALLY FILED |

### ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned Chris R. Miltenberger on behalf of Plaintiff.

Respectfully submitted,

*s/ Brett M. Freeman*
Brett M. Freeman
Bar Number PA308834
Carlo Sabatini
Bar Number PA83831
Attorney for Plaintiff
SABATINI FREEMAN, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email bfecf@sabatinilawfirm.com
        ecf@bankrutpcypa.com

___

*s/ Chris R. Miltenberger*
Chris R. Miltenberger
Texas Bar No.: 14171200
Admitted Pro Hac Vice
The Law Office of Chris R. Miltenberger, PLLC
1340 N. White Chapel, Suite 100
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
Email chris@crmlawpractice.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

Service is being effectuated via the CM/ECF system.

*s/ Chris R. Miltenberger*
Chris R. Miltenberger